NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0001106**
**09-MAY-2013**
**09:56 AM**

NO. CAAP-12-0001106

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP,
Plaintiffs-Appellees,
v.
BAC HOME LOANS SERVICING, LP, a Texas limited partnerships,
Defendant-Appellant,
and
MATTHEW W. THOMAN, MARGARET H. THOMAN,
Defendants-Appellees,
and
JOHN DOES 1-20, et al.,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-279K)

ORDER APPROVING DEFENDANT-APPELLANT'S
APRIL 30, 2013 STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal," filed April 30, 2013, by Defendant-Appellant BAC Home Loans Servicing, LP, the papers in support, and the record and

files herein, it appears that the stipulation is signed by counsel for all parties appearing on appeal and specifies that each party is to bear their own attorneys' fees and costs. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own appellate attorneys' fees and costs.

DATED: Honolulu, Hawai'i,  May 9, 2013.

Presiding Judge

Associate Judge

Associate Judge